# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80889-CIV-RYSKAMP/VITUNAC

OCEAN AID, INC.,

     Plaintiff,

v.

FLEMING AND COMPANY,
PHARMACEUTICALS, D/B/A
FLEMING & CO. CORPORATION,

     Defendant.

_____/

## ORDER PARTIALLY GRANTING MOTION FOR A 30 DAY STAY

THIS CAUSE comes before the Court upon the parties' motion to stay action pending mediation conference **[DE 30]** filed on September 11, 2008.  This Court has considered the motion and the relevant portions of the record.  Accordingly, it is hereby,

ORDERED AND ADJUDGED that the parties' motion to stay action pending mediation conference **[DE 30]** is PARTIALLY GRANTED.  This Court cannot grant the parties' full request without moving the trial date.  Thus, the action is hereby stayed until September 30, 2008.  On that date, the parties must notify this Court whether the case has been settled or whether they intend to pursue the litigation.  If a settlement has not been reached, defendant must respond to the currently pending motion for telephonic depositions **[DE 28]** by September 30, 2008 and plaintiff must reply by October 1, 2008.  Moreover, the parties shall have until October 7, 2008 to complete discovery and must file any dispositive motions by October 13, 2008.  No further extensions of time will be granted.

DONE AND ORDERED in West Palm Beach, Florida this 12 day of September, 2008.

         /s/ Kenneth L. Ryskamp
         KENNETH L. RYSKAMP
         United States District Judge

Copies provided:
All counsel of record